IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frederick J. Andrews,<br><br>      PLAINTIFF<br><br>    v.<br><br>South Carolina Department of Social Services; York County Family Court; Suzy T. Collins; Jessica E. Dingle; David Hamilton; Lisa Simmons; Bobbie V. Sims,<br><br>      DEFENDANTS | Case No. 0:18-cv-2216 - TLW<br><br>**Order** |

Plaintiff Frederick J. Andrews, proceeding *pro se*, filed this civil action. ECF No. 1. The matter now comes before the Court for review of the Report and Recommendation (Report) filed by the magistrate judge to whom this case was assigned. ECF No. 25.

The magistrate judge previously issued a Report and Recommendation recommending that the case be dismissed for failure to state a claim upon which relief could be granted, or Plaintiff named a defendant that was immune from suit. *See* ECF No. 10 After the Plaintiff filed an amended complaint, the Court ordered that the case be recommitted to the magistrate judge. The magistrate judge then issued the instant Report. In the Report, the magistrate judge recommends that because Plaintiff's Amended Complaint fails to state any new claims, the case should be dismissed for the reasons previously articulated. Plaintiff did not file objections to the Report. This matter is now ripe for decision.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of

1

objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Court has carefully reviewed the Report. For the reasons stated by the magistrate judge, the Report, ECF No. 25, is **ACCEPTED**. This action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

May 13, 2020
Columbia, South Carolina